1  **George W. Murgatroyd, III** (SBN 109761)
2  **Karen Barth Menzies** (SBN 180234)
   **Robert M. Brava-Partain** (SBN 221477)
3  **Jessica R. Dart** (SBN 225054)
4  **BAUM HEDLUND, A Professional Corporation**
   12100 Wilshire Blvd., Suite 950
5  Los Angeles, CA 90025
6  310-207-3233; Fax 310-820-7444

7
   Attorneys for Plaintiffs
8  CRAIG C. KNIGHT and
9  CARTHY A. KNIGHT

10             **UNITED STATES DISTRICT COURT**
11           **NORTHERN DISTRICT OF CALIFORNIA**
12

13  IN RE: BEXTRA AND CELEBREX          ) Case No. M:03-CV-01699-CRB
14  MARKETING, SALES PRACTICES          )
    AND PRODUCTS LIABILITY              )
15  LITIGATION                          ) MDL No. 1699
                                        )
16  _____ )
                                        ) JUDGE BREYER
17  This document relates to:           )
18  **CRAIG C. KNIGHT and**             ) **STIPULATION AND ORDER OF**
                                        ) **DISMISSAL ONLY AS TO CASE**
19  **CATHY A. KNIGHT**                 ) **NUMBER CV 05-8354-VAP (SGLx),**
    **Individual Case No. 3:06-cv-01648-CRB** ) **ORIGINALLY FILED IN THE**
20                                      ) **CENTRAL DISTRICT OF**
                                        ) **CALIFORNIA**
21  _____ )
22

23       **IT IS HEREBY STIPULATED AND AGREED** by and between counsel
24  for Plaintiffs and counsel for Defendants that the Complaint of Plaintiffs Craig C.
25  Knight and Cathy A. Knight, Case Number CV 05-8354-VAP (SGLx), originally
26  filed in the Central District of California on November 28, 2005 and later transferred
27  to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and*
    *Products Liability Litigation*, with the assigned individual case number 3:06-cv-
28  01648-CRB, may be and is hereby dismissed without prejudice.

1  The parties hereby stipulate that Plaintiffs will proceed in the MDL only
2  through the California action, and jurisdiction and venue for the trial of the action
3  will be proper in whichever of the following is selected by Pfizer: San Francisco,
4  Los Angeles, Missouri.
5  The parties shall each bear their own costs.

7  Dated: May 8, 2006

BAUM HEDLUND
A Professional Corporation

George W. Murgatroyd, III
Karen Barth Menzies
Robert M. Brava-Partain
Jessica R. Dart
12100 Wilshire Blvd., Suite 950
Los Angeles, CA  90025
Telephone: (310) 207-3233;
Fax : (310) 820-7444

*Counsel for Plaintiffs*
CRAIG C. KNIGHT & CATHY A. KNIGHT

Dated: May 19, 2006

GORDON & REES

Stuart M. Gordon, Esq.
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054

*Defendants' Liaison Counsel*

2

Stipulation and Order of Dismissal

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

2

3

4   Dated: __May 24, 2006__

5                         HONORABLE CHARLES R. BREYER



6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

—————————————————————————————————————

3

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

2

3

4    Dated: _____

5                                    _____
                                     HONORABLE CHARLES R. BREYER
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order of Dismissal